**DISMISS and Opinion Filed January 29, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01484-CV**

**MONTGOMERY CAPITAL ADVISERS, LLC, Appellant**
**V.**
**TIMOTHY DONELL BROWN AND IRREVOCABLE TRUST "X", Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08355**

## MEMORANDUM OPINION

Before Justices Myers, Schenck, and Carlyle
Opinion by Justice Myers

It appears the notice of appeal was mistakenly filed with this Court. In the notice of appeal, appellant states it is appealing the associate judge's order "to the referring court for a de novo hearing." *See* TEX. GOV'T CODE ANN. § 54A.111(e). We instructed appellant to file, by December 20, 2019, written correspondence showing cause why this appeal should not be dismissed and cautioned that failure to comply may result in dismissal of the appeal without further notice. As of today's date, appellant has not responded. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(a), (c).

/Lana Myers/
LANA MYERS
JUSTICE

191484F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MONTGOMERY CAPITAL ADVISERS, LLC, Appellant

No. 05-19-01484-CV      V.

TIMOTHY DONELL BROWN AND IRRECOCABLE TRUST "X", Appellees

On Appeal from the 101st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-19-08355.
Opinion delivered by Justice Myers. Justices Schenck and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees TIMOTHY DONELL BROWN AND IRRECOCABLE TRUST "X" recover their costs of this appeal from appellant MONTGOMERY CAPITAL ADVISERS, LLC.

Judgment entered this 29th day of January, 2020.